IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wharton, Dwayne | Case Number: 06 B 00248 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/25/07 | Filed: 1/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 7, 2007
Confirmed: April 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 43,863.15 | |
| Secured: | | 29,290.90 |
| Unsecured: | | 4,353.71 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,912.65 |
| Other Funds: | | 6,605.89 |
| Totals: | 43,863.15 | 43,863.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,700.00 | 1,700.00 |
| 2. | Option One Mortgage Corp | Secured | 17,951.52 | 17,951.52 |
| 3. | Capital One Auto Finance | Secured | 8,037.48 | 8,037.48 |
| 4. | Option One Mortgage Corp | Secured | 10,858.37 | 467.64 |
| 5. | Deer Park II Condo Association | Secured | 2,834.26 | 2,834.26 |
| 6. | Premier Bankcard | Unsecured | 600.62 | 606.69 |
| 7. | Capital One | Unsecured | 677.43 | 684.27 |
| 8. | Peoples Energy Corp | Unsecured | 729.02 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,331.74 | 1,345.19 |
| 10. | Capital One Auto Finance | Unsecured | 1,700.38 | 1,717.56 |
| 11. | Cross Country Bank | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Household Credit Services | Unsecured | | No Claim Filed |
| 14. | Merrick Bank | Unsecured | | No Claim Filed |
| 15. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 16. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 17. | PDL Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 46,420.82 | $ 35,344.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 290.45 |
| 5% | 327.00 |
| 4.8% | 626.78 |
| 5.4% | 668.42 |

5 

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Wharton, Dwayne

Printed:  9/25/07

Case Number:  06 B 00248
Judge:  Hollis, Pamela S
Filed:  1/11/06

_____
$ 1,912.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_  _____